FILED
CLERK, U.S. DISTRICT COURT
JAN - 9 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                        Plaintiff, )<br>                          )<br>      vs.                      )<br>FELIPE MIGUEL LOPEZ    )<br>                          )<br>                       Defendant. )  | Case No.: CR 16-778-PSG<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist., CA** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **allegations of not testing; limited background info; insuff. bail resources**

1
2
3
4        and/or
5   B.   ( )   The defendant has not met his/her burden of establishing by
6        clear and convincing evidence that he/she is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c). This finding is based
9        on:_____
10       _____
11       _____
12       _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:     1/9/17
18
19
20                                   _____
                                         PAUL L. ABRAMS
                                     UNITES STATES MAGISTRATE JUDGE